# Court of Appeals
# of the State of Georgia

ATLANTA,  March 24, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1147. CARTARVIS JORDAN v. THE STATE.**

A jury found Cartarvis Jordan guilty of multiple counts of armed robbery and other offenses, and the trial court denied his motion for a new trial on March 13, 2020. On January 21, 2021, Jordan filed a pro se notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Jordan's notice of appeal was untimely filed more than ten months after the trial court denied his motion for a new trial and more than six months after the Supreme Court restarted filing deadlines in Georgia on July 14, 2020, following its prior judicial emergency orders. See Supreme Court Order Declaring Statewide Judicial Emergency (Mar. 14, 2020), as extended on April 6, May 11, and June 12, 2020, and as extended in part on July 10, 2020, available at www.gasupreme.us. Consequently, we lack jurisdiction over this untimely appeal, which is hereby DISMISSED.

Because Jordan was represented by counsel before the trial court, he is informed of the following in accordance with *Rowland*, 264 Ga. at 875-876 (2): This appeal has been dismissed because you failed to file a proper and timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the

trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is DIRECTED to send a copy of this order to Jordan and to his attorney, and the latter also is DIRECTED to send a copy to Jordan.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  03/24/2021*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*